**Cynthia M. MARTIN, Appellant,**

v.

**Craig S. MARTIN, Respondent.**

**No. 45637.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 10, 1983.

Motion for Rehearing and/or Transfer Denied July 6, 1983.

Edward R. Joyce, St. Louis, for appellant.

Sandford J. Miller, Clayton, for respondent.

ORDER

PER CURIAM.

Wife appeals from dissolution decree. The judgment of the trial court is affirmed. Rule 84.16(b).